**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
r.venci@bsnv.law
k.molloy@bsnv.law
*Attorneys for Defendant,*
*ALBERTSON'S, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMMIE JETT, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC; ALBERTSON'S INC.; ALBERTSON'S STORES SUB, LLC; and DOES I-X and ROES IX-XX,<br><br>    Defendants. | CASE NO.: 2:25-cv-00476-GMN-BNW<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS ALBERTSON'S INC. AND ALBERTSON'S STORES SUB LLC WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., RYAN VENCI, ESQ., and KRISTEN MOLLOY, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, ALBERTSON'S, LLC, and TERRY L. WIKE, ESQ., of BAY LAW INJURY ATTORNEYS, on behalf of Plaintiff, TOMMIE JETT, that ALBERTSON'S INC. and ALBERTSON'S STORES SUB, LLC be dismissed without prejudice in the above-entitled matter.

/ / /

1  IT IS FURTHER STIPULATED AND AGREED TO that should discovery reveal that ALBERTSON'S INC and ALBERTSON'S STORES SUB, LLC had any direct ownership or control of ALBERTSON'S, LLC, Plaintiff may amend his Complaint to include ALBERTSON'S INC and ALBERTSON'S STORES SUB, LLC back into this lawsuit prior to the end of discovery.  Further, any such amendment will relate back to the filing of the original Complaint for all purposed, including the statute of limitations.

DATED this 8th day of July 2025.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S, LLC*

DATED this 8th day of July 2025.

**BAY LAW INJURY ATTORNEYS**

*/s/ Terry L. Wike, Esq.*

**NIHAT DENIZ BAYRAMOGLU, ESQ.**
Nevada Bar No. 14030
**TERRY L. WIKE, ESQ.**
Nevada Bar No. 7211
1540 W. Warm Springs Rd., Ste. 110
Henderson, NV 89014
*Attorneys for Plaintiff*

# ORDER

**IT IS SO ORDERED** that ALBERTSON'S INC. and ALBERTSON'S STORES SUB, LLC be dismissed without prejudice in the above-entitled matter.

**IT IS FURTHER ORDERED** that should discovery reveal that ALBERTSON'S INC and ALBERTSON'S STORES SUB, LLC had any direct control of ALBERTSON'S, LLC, Plaintiff may amend his Complaint to include ALBERTSON'S INC and ALBERTSON'S STORES SUB, LLC back into this lawsuit prior to the end of discovery. Further, any such amendment will relate back to the filing of the original Complaint for all purposed, including the statute of limitations.

DATED this __8__ day of _____July_____, 2025.

_____
UNITED STATES DISTRICT JUDGE