Nihat Deniz Bayramoglu, Esq.
Nevada Bar No. 14030
Terry L. Wike, Esq.
Nevada Bar No. 7211
**BAY LAW INJURY ATTORNEYS**
1540 West Warm Springs Rd., Ste. 110
Henderson, NV 89014
Phone: (702) 710-7000
Fax: (702) 553-3404
Email: deniz@bayramoglu-legal.com
Email: terry@baylawinjury.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TOMMIE JETT, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, ALBERTSON'S STORE SUB, LLC; DOE INDIVIDUALS 1-X; ROES IX-XX,<br><br>Defendants. | Case No.: 2:25-cv-00476-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES PURSUANT TO FRCP 6(b)(1) and LR 26-3 (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED TO by Plaintiff, TOMMIE JETT, by and through her attorneys of record NIHAT DENIZ BAYRAMOGLU, ESQ., and TERRY L. WIKE, ESQ., of BAY LAW INJURY ATTORNEYS; and Defendants ALBERTSON'S LLC, ALBERTSON'S STORE SUB, LLC, by and through its attorney of record, LEW BRANDON, JR., ESQ., RYAN M. VENCI, ESQ., and KRISTEN MALLOY, ESQ., of BRANDON SMERBER LAW FIRM that the discovery deadlines shall be extended thirty (30) days pursuant to FRCP 6(b)(1) and Local Rule 26-3.

**I.    Discovery Conducted to Date:**

1. Defendant has received medical authorization to obtain copies of Plaintiff's medical records.
2. Both parties propounded and responded to written discovery requests.
3. Plaintiff's deposition has been conducted.
4. Defendants have provided its expert disclosures.

**II.    Discovery to Be Conducted:**

1. Plaintiff to produce expert disclosure;
2. Plaintiff to depose Defendants FRCP 30(b)(6);
3. Percipient witness depositions;
4. Expert depositions;
5. Medical provider depositions; and
6. Both parties may seek to take additional depositions of witnesses and engage in additional discovery as necessary.

**III.    Good Cause Exist as to Why Discovery Cannot Be Done Within The Existing Discovery Time Limits**

The parties are requesting a 30-day extension to allow the experts additional time to draft their reports. Plaintiff's medical expert has completed his report. However, it is possible that Plaintiff's safety expert may be unable to complete his report by the deadline of October 10, 2025. The reason why Plaintiff's expert may not be able to produce his report on time, is because Defendants' proprietary video and its player have been difficult to download. Plaintiff's counsel had to physically attend a meeting at Defense counsel's office to learn the process for playing the video. Once the video and player were downloaded to a flash drive, that flash drive was Federal Expressed to Plaintiff's expert. Plaintiff's do anticipate making the current deadline, but in an abundance of caution Plaintiff and Defendants have agreed that a thirty (30) day extension of the discovery deadlines is warranted.

Pursuant to LR 26-3 this stipulation is being submitted in good faith less than 21 days prior to the current Initial Expert Disclosure Deadline as Plaintiff only recently learned of the

difficulty in downloading the proprietary video and its player to a flash drive for its expert to review. Plaintiff reached out to Defense counsel on Octoberr 2, 2025 to complete the expert reports who who agreed to a 30 day continuance.

### IV. Proposed Discovery Schedule

1. Initial Expert Disclosures: November 10, 2025.
2. Rebuttal Expert Disclosures: December 10, 2025.
3. Dispositive Motions (LR 26-1(b)(4): February 6, 2026.
4. Joint Pre-Trial Order (LR 26-1(b)(5)-(6): March 6, 2026.

| | |
|---|---|
| DATED October 6, 2025.<br><br>BRANDON \| SMERBER LAW FIRM<br><br>*/s/ Kristin Molloy, Esq.*<br>LEW BRANDON, JR., ESQ.<br>Nevada Bar No. 5880<br>JEFFREY J. ORR, ESQ.<br>Nevada Bar No. 7854<br>RYAN M. VENCI, ESQ.<br>Nevada Bar No. 7547<br>KRISTEN MOLLOY, ESQ.<br>Nevada Bar No. 14927<br>139 E. Warm Springs Rd.<br>Las Vegas, Nevada 89119<br>*Attorneys for Defendant,*<br>*ALBERTSON'S LLC; ALBERTSON'S STORE SUB, LLC* | DATED October 6, 2025.<br><br>BAY LAW INJURY ATTORNEYS<br><br>*/s/ Terry L. Wike, Esq.*<br>TERRY L. WIKE, ESQ.<br>Nevada Bar No. 7211<br>NIHAT DENIZ BAYRAMOGLU, ESQ.<br>Nevada Bar No. 14030<br>1540 West Warm Springs Rd., Ste. 110<br>Henderson, Nevada 89014<br>*Attorneys for Plaintiff,*<br>*Tommie Jett* |

<u>**CASE NO.: 2:25-cv-00476**</u><br>
<u>**TOMMIE JETT V. ALBERTSON'S LLC, ALBERTSON'S STORE SUB, LLC**</u>

### ORDER

IT IS HEREBY ORDERED that the scheduling order be amended as follows:

1. Initial Expert Disclosures: November 10, 2025.

2. Rebuttal Expert Disclosures: December 10, 2025.

3. Dispositive Motions (LR 26-1(b)(4): February 6, 2026.

4. Joint Pre-Trial Order (LR 26-1(b)(5)-(6): March 6, 2026.

ORDERED this __7th__ day of __October__ 2025.

*Respectfully Submitted by:*

**BAY LAW INJURY ATTORNEYS**


*/s/ Terry L. Wike, Esq.*
**TERRY L. WIKE, ESQ.**
Nevada Bar No. 7211
**NIHAT DENIZ BAYRAMOGLU, ESQ.**
Nevada Bar No. 14030
1540 West Warm Springs Rd., Ste. 110
Henderson, Nevada 89014
*Attorneys for Plaintiff,*
*Tommie Jett*

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of BAY LAW INJURY ATTORNEYS and that on this 3rd day of October, 2025, I served a copy of the foregoing **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES PURSUANT TO FRCP 6(b)(1) and LR 26-3 (FIRST REQUEST)** as follows:

☐ **U.S. Mail:** By depositing a true and correct copy of said document(s) via U.S. mail, with postage pre-paid.

☐ **Facsimile:** By facsimile transmission pursuant to FRCP to the facsimile number(s) shown above. The sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **Electronic Mail:** I caused said document(s) to be delivered by emailing an attached Adobe Acrobat PDF of the document to the email address(es) identified above.

☒ **Electronic Service:** I caused said document to be delivered by electronic means upon all eligible electronic recipients via the United States District Court CM/ECF system or Clark County District Court E-Filing system (Odyssey).

Lew Brandon, Jr., Esq.
Ryan Venci, Esq.
Kristen Molloy, Esq.
BRANDON SMERBER LAW FIRM
139 E. Warm Springs Road
Las Vegas, NV 89119
Telephone:  (702) 380-0007
Facsimile: (702) 380-2964
l.brandon@bsnv.law
r.venci@bsnv.law
k.molloy@bsnv.law
*Attorneys for Defendants*

　　　　　　　　/s/ Tammi Littleman
An employee of Bay Law Accident Attorneys