**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
r.venci@bsnv.law
k.molloy@bsnv.law
*Attorneys for Defendant,*
*ALBERTSON'S, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMMIE JETT, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC; ALBERTSON'S INC.; ALBERTSON'S STORES SUB, LLC; and DOES I-X and ROES IX-XX,<br><br>Defendants. | CASE NO.: 2:25-cv-00476-GMN-BNW |

**STIPULATION TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER**
**(SECOND REQUEST)**

Defendant, ALBERTSONS, LLC, by and through its attorneys of record, LEW BRANDON, JR., ESQ., RYAN VENCI, ESQ., and KRISTEN MOLLOY, ESQ., of BRANDON | SMERBER LAW FIRM and Plaintiff, TOMMIE JETT, by and through her attorneys, NIHAT DENIZ BAYRAMOGLU, ESQ. and TERRY WIKE, ESQ. of BAY LAW INJURY ATTORNEYS, stipulate and agree that the discovery schedule be extended pursuant to LR 26-3.

/ / /

/ / /

**I.      Discovery Conducted to Date (LR 26-4(a)):**

The parties have submitted their initial FRCP 26.1 disclosures. In addition, Plaintiff and Defendant have propounded written discovery and provided responses and Plaintiff's deposition went forward on June 12, 2025. Further, the parties have disclosed their initial expert witnesses.

**II.     Discovery to be Conducted (LR 26-4(b)):**

1. Obtain Plaintiff's medical records;
2. Retain and disclose rebuttal experts;
3. Defendant's FRCP 30(b)(6) depositions;
4. Percipient witness depositions;
5. Expert depositions; and
6. Medical provider depositions.

**III.    The Reasons the Remaining Discovery Cannot Be Completed within the Time Limits Set by the Discovery Plan (LR 26-4(c)):**

The parties are requesting a 60-day extension for the close of discovery as well as the dispositive motions and joint pre-trial order deadlines. The parties have realized that the close of discovery deadline was not continued in the stipulation submitted to the Court on October 6, 2025. Currently, discovery is set to close on December 9, 2025, but the rebuttal expert disclosure deadline is December 10, 2025. In addition, due to the upcoming holidays, a 30-day extension would not be sufficient due to the difficulty in attempting to schedule the depositions of the experts during the holidays. As such, the parties are requesting a 60-day extension to allow time for the disclosure of rebuttal experts and for the parties to also conduct expert depositions. The parties have been working in a diligent and courtesy manner and not for the purpose of delay.

/ / /

/ / /

IV. **Proposed Schedule for Completing All Remaining Discovery (LR 26-4(d)):**

The current discovery deadlines are as follows:

1. Amend Pleadings and Add Parties (LR 26-1(b)(2)):    Closed.
2. Initial Expert Disclosures (LR 26-1(b)(3)):    November 10, 2025.
3. Rebuttal Expert Disclosures (LR 26-1(b)(3)):    December 10, 2025.
4. Dispositive Motions (LR 26-1(b)(4)):    February 6, 2026.
5. Discovery Cutoff (LR 26-1(b)(1)):    December 9, 2025.
6. Joint Pre-Trial Order (LR 26-1(b)(5), (6)):    March 6, 2026.

The parties propose extending all discovery deadlines by sixty (60) days as follows:

1. Amend Pleadings and Add Parties (LR 26-1(b)(2)):    Closed.
2. Initial Expert Disclosures (LR 26-1(b)(3)):    November 10, 2025.
3. Rebuttal Expert Disclosures (LR 26-1(b)(3)):    December 10, 2025.
4. Dispositive Motions (LR 26-1(b)(4)):    April 7, 2026.

///

///

///

5. Discovery Cutoff (LR 26-1(b)(1)): February 9, 2026.

6. Joint Pre-Trial Order (LR 26-1(b)(5), (6)): May 5, 2026.

DATED this 7th day of November 2025.    DATED this 7th day of November 2025.

**BRANDON | SMERBER LAW FIRM**    **BAY LAW INJURY ATTORNEYS**

*/s/ Lew Brandon, Jr., Esq.*    */s/ Terry L. Wike, Esq.*
**LEW BRANDON, JR., ESQ.**    **NIHAT DENIZ BAYRAMOGLU, ESQ.**
Nevada Bar No. 5880    Nevada Bar No. 14030
**RYAN VENCI, ESQ.**    **TERRY L. WIKE, ESQ.**
Nevada Bar No. 7547    Nevada Bar No. 7211
**KRISTEN MOLLOY, ESQ.**    1540 W. Warm Springs Rd., Ste. 110
Nevada Bar No. 14927    Henderson, NV 89014
139 E. Warm Springs Road    *Attorneys for Plaintiff,*
Las Vegas, Nevada 89119    *TOMMIE JETT*
*Attorneys for Defendant,*
*ALBERTSONS, LLC*

### ORDER

**The hearing set for today (11/17/2025) at 3:30 P.M. is therefore VACATED.**

Dated this  17th  day of  November , 2025.

_____
UNITED STATES MAGISTRATE JUDGE