**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
r.venci@bsnv.law
k.molloy@bsnv.law
*Attorneys for Defendant,*
*ALBERTSON'S, LLC*

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMMIE JETT, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC; ALBERTSON'S INC.; ALBERTSON'S STORES SUB, LLC; and DOES I-X and ROES IX-XX,<br><br>Defendants. | CASE NO.: 2:25-cv-00476-GMN-BNW |

**STIPULATION AND ORDER TO DISMISS DEFENDANT ALBERTSON'S LLC, WITH PREJUDICE LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., RYAN VENCI, ESQ., and KRISTEN MOLLOY, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, ALBERTSON'S LLC, and Plaintiff, TOMMIE JETT, by and through DOMINIC C. VASQUEZ, ESQ., of VAZQUEZ LAW and NIHAT DENIZ BAYRAMOGLU, ESQ., and TERRY L. WIKE, ESQ., of BAY LAW INJURY ATTORNEYS, as follows:

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T: 702.380.0007 | F: 702.380.2964

That Defendant, ALBERTSON'S LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 25th day of October, 2021.

**BRANDON | SMERBER LAW FIRM**

/s/ *Lew Brandon, Jr. Esq.*

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S, LLC*

DATED this ~~25th~~ 10th day of ~~October, 2021.~~ July 2026

**BAY LAW INJURY ATTORNEYS**

**NIHAT DENIZ BAYRAMOGLU, ESQ.**
Nevada Bar No. 14030
**TERRY L. WIKE, ESQ.**
Nevada Bar No. 7211
1540 W. Warm Springs Rd., Ste. 110
Henderson Nevada 89014
*Attorneys for Plaintiff,*
*TOMMIE JETT*

*-and-*

**VAZQUEZ LAW**

**DOMINIC C. VASQUEZ, ESQ.**
Nevada Bar No. 013272
519 South 8th Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff,*
*TOMMIE JETT*

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2061

**IT IS SO ORDERED** that Defendant, ALBERTSON'S LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 24 day of July, 2026.

**UNITED STATES DISTRICT COURT JUDGE**

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S, LLC*